[J-10-2015] [MO: Saylor, C.J.]

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ROBERT SCHANNE, | : No. 106 MAP 2014 |
| | : |
| Appellant | : Appeal from the U.S. Court of Appeals, |
| | : Third Circuit No. 12-4044 |
| | : |
| v. | : ARGUED:  March 10, 2015 |
| | : |
| | : |
| JENNA ADDIS, | : |
| | : |
| Appellee | : |

**CONCURRING OPINION**

**MADAME JUSTICE TODD**  **DECIDED:  August 17, 2015**

I join the Majority Opinion.  I write separately to emphasize that my position is firmly tied to the peculiar factual circumstances of the instant case.  As noted by the majority, Jenna Addis was 26 years old and had been out of high school for more than 7 years when she told Susan O'Bannon that she had a relationship with Robert Schanne while she was a high school student.  Had Addis been a student at the time she confided in O'Bannon, I might very well have reached a different result.